# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8665
Fax: 919-861-5555

**DATE:** January 5, 2018

**FROM:** Erica W. Foy
U.S. Probation Officer

**SUBJECT:** BURTON, Jamechia Frances
Case No.: 5:15-CR-338-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On March 26, 2012, pursuant to a guilty plea to Conspiracy to Distribute Cocaine Hydrochloride, Jamechia Frances Burton appeared in United States District Court for the Middle District of North Carolina, and was sentenced to 39 months of imprisonment and 5 years supervised release.

The defendant was released from custody on February 20, 2015, and began supervision in the Eastern District of North Carolina. On November 9, 2015, jurisdiction was transferred to the Eastern District of North Carolina.

She has performed satisfactorily on supervision. She has submitted to DNA testing, all drug screens have been negative, and she has been on low intensity supervision since September 2016. Her supervised release is set to expire on February 19, 2020.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and had no objections to our request. Please indicate the court's preference by marking the appropriate selection below.

---

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____     1-5-18
Terrence W. Boyle                 Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                           **Crim. No. 5:15-CR-338-1BO**

**JAMECHIA FRANCES BURTON**

On February 20, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller                             /s/Erica W. Foy  
Jeffrey L. Keller                                    Erica W. Foy  
Supervising U.S. Probation Officer          U.S. Probation Officer  
                                                         310 New Bern Avenue, Room 610  
                                                         Raleigh, NC 27601-1441  
                                                         Phone: 919-861-8665  
                                                         Executed On: January 5, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this  5  day of  January , 2018.

_____  
Terrence W. Boyle  
U.S. District Judge